**Aventine**
RENEWABLE ENERGY, INC.

*Providing Clean, Renewable Energy for the World*

# Invoice

| Invoice ID | Page Number |
|---|---|
| **19433** | 1 of 1 |
| Payment Terms | Invoice Date |
| Net 02 | 27-MAR-09 |

Bill To:
Attn: Accounts Payable
REDFIELD ENERGY
P.O. BOX 111
38650 171ST STREET
REDFIELD, SD 57469
US

WAREHOUSE:

| LINE NO. | SHIP DATE | BOL | CONTRACT NUMBER | DESTINATION STATE | VEHICLE NUMBER | DESCRIPTION | VOLUME | UOM | RATE/ PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | TERMINATION FEE FOR MARCH 09 | 1 | | 25,000.00 | 25,000.00 |
| | | | | | | SUBTOTAL | | | | 25,000.00 |
| | | | | | | TAX | | | | 0.00 |
| | | | | | | FREIGHT | | | | 0.00 |
| | | | | | | TOTAL | 1 | | | 25,000.00 |

Remit To:
Checks: P.O. Box 088951
CHICAGO, IL 60695
Wire: JP MORGAN CHASE BANK – NEW YORK
ACCT #304-692603 ABA #0210000021

*Aventine Renewable Energy, Inc.*
*"Providing Clean, Renewable Energy for the World"*

EXHIBIT 9
tabbies®

Bill To: Attn: Accounts Payable
REDFIELD ENERGY
P.O. BOX 111
38650 171ST STREET
REDFIELD, SD 57469
US

WAREHOUSE:

# Invoice

| | |
|---|---|
| Invoice ID | Page Number |
| **19447** | 1 of 1 |
| Payment Terms | Invoice Date |
| Net 02 | 30-MAR-09 |

| LINE NO. | SHIP DATE | BOL | CONTRACT NUMBER | DESTINATION STATE | VEHICLE NUMBER | DESCRIPTION | VOLUME | UOM | RATE/ PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | APR 09 TERMINATION FEE | 1 | | 25,000.00 | 25,000.00 |
| | | | | | | SUBTOTAL | | | | 25,000.00 |
| | | | | | | TAX | | | | 0.00 |
| | | | | | | FREIGHT | | | | 0.00 |
| | | | | | | TOTAL | 1 | | | 25,000.00 |

Remit To:  Checks: P.O. Box 088951
CHICAGO, IL 60695
Wire: JP MORGAN CHASE BANK – NEW YORK
ACCT #304-692603 ABA #0210000021

*Aventine Renewable Energy, Inc.*
*"Providing Clean, Renewable Energy for the World"*