IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AVENTINE RENEWABLE ENERGY, INC., <br><br>  Plaintiff, <br><br> v. <br><br> REDFIELD ENERGY, LLC <br><br>  Defendant. | Civ. Action No. 1:13-cv-01321-JES-JAG |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Aventine Renewable Energy, Inc. through its counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants Redfield Energy, LLC.

Date: August 5, 2013.

AVENTINE RENEWABLE ENERGY, INC., Plaintiff

By: /s/ Thomas W. O'Neal
Thomas W. O'Neal ARDC No. 3127563
Howard & Howard Attorneys, PLLC
One Technology Plaza, Suite 600
211 Fulton Street
Peoria, IL 61602
Telephone: 309-672-1483
Facsimile: 309-672-1568
Email: toneal@howardandhoward.com

2349466v1